

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF MARYLAND
### (Greenbelt Division)

In re:

BARBARA ANN KELLY

Debtor.

_____ /

Case No.: 23-12700-MCR
Chapter 13

### OBJECTION TO CLAIM 7-1 FILED BY DUNLAP BENNETT & LUDWIG PLLC, NOTICE OF OPPORTUNITY TO OBJECT AND REQUEST FOR HEARING

Debtor, BARBARA ANN KELLY ("Debtor"), *pro se*, pursuant to 11 U.S.C. § 502(a), files this objection (the "Objection") to Claim 7-1, and states:

1. Debtor commenced this case by filing a bankruptcy petition on April 19, 2023.

2. On June 22, 2023, Dunlap Bennett & Ludwig PLLC filed Claim 7-1 in the amount of "$59,547.90" for "Legal Services."

3. Claim 7-1 lacks adequate factual support and is without legal foundation. For example, Debtor has no legal services agreement with Dunlap Bennett & Ludwig PLLC and Dunlap Bennett & Ludwig PLLC did not attach redacted copies of any documents supporting Claim 7-1 as required by Bankruptcy Rule 3001(c).

### RESERVATION OF RIGHTS

4. Nothing herein shall be construed as an admission that Debtor was or is indebted to Dunlap Bennett & Ludwig PLLC, or that any of the claims or amounts asserted in Claim 7-1 are valid. Debtor reserves the right to amend or supplement this Objection if Debtor deems it necessary and appropriate, for any reason, including, without limitation, the right to add documents and assert claims or defenses, at law or in equity, arising prior to, on, or after the date the Debtor commenced this case (*i.e.*, April 19, 2023).

5. Debtor does not waive any rights at law or equity or any rights or causes of action that Debtor has or may have against any person, including but not limited to Dunlap Bennett & Ludwig PLLC that (i) affect or seek to affect in any way the rights or interests of the Debtor or any other party in interest in this case, including (a) property of the Debtor or the Debtor's estate, or proceeds thereof, (b) claims against or interests in the Debtor, (c) other rights or interests of creditors of the Debtor or other parties in interest in this case, or (d) property or proceeds thereof in the possession, custody, or control of Dunlap Bennett & Ludwig PLLC or other parties in interest in this case in which the Debtor possesses a legal right of user or other rights, whether known or unknown, future or contingent, express or implied; or (ii) requires or prohibits, or seeks to require or prohibit, any act, delivery of any property, payment or other conduct by the Debtor or any other party in interest. Debtor further reserves any rights to recoupment and setoff, and, if appropriate, may exercise such rights without further order of the Court and without amending this Objection.

6. This Objection is not intended to be, and shall not be construed as, an election of remedies; a waiver of any claims or defenses; or an admission as to the jurisdiction of this Court and/or a waiver to contest the jurisdiction of this Court. Neither this Objection nor any pleading, claim, or suit shall waive any right of Debtor (i) to have final orders in non-core matters entered only after de novo review by a higher court, (ii) to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, (iii) to have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal, or (iv) to any other rights, claims, actions, defenses, setoffs or recoupments, under agreements, in law, in equity, or otherwise, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

### REQUEST FOR EVIDENTIARY HEARING

7. Debtor requests that the Court schedule an evidentiary hearing on Claim 7-1 and Debtor demands strict proof on the substance and merits of Claim 7-1.

**WHEREFORE**, for the reasons set forth above, Debtor requests that the Court enter an order sustaining Debtor's Objection to Claim 7-1, disallowing Claim 7-1 in its entirety, and grant such other and further relief as this action may require.

### NOTICE TO CLAIMANT DUNLAP BENNETT & LUDWIG PLLC

**Please take notice that:**

**WITHIN 30 DAYS AFTER THE DATE OF SERVICE OF THE OBJECTION, THE CLAIMANT MAY FILE AND SERVE A MEMORANDUM IN OPPOSITION, TOGETHER WITH ANY DOCUMENTS AND OTHER EVIDENCE THE CLAIMANT WISHES TO ATTACH IN SUPPORT OF ITS CLAIM, UNLESS THE CLAIMANT WISHES TO RELY SOLELY UPON THE PROOF OF CLAIM. AN INTERESTED PARTY MAY REQUEST A HEARING THAT WILL BE HELD AT THE COURT'S DISCRETION.**

Respectfully submitted,

*/s/ Barbara Kelly*
Barbara Ann Kelly, *pro se*
700 Gulf Shore Blvd. N.
Naples, Florida 34102
(301) 325-3528
*bakellymyers@verizon.net*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 24, 2023, the foregoing OBJECTION TO CLAIM 7-1 FILED BY DUNLAP BENNETT & LUDWIG PLLC, NOTICE OF OPPORTUNITY TO OBJECT AND REQUEST FOR HEARING was filed with the Clerk of the Bankruptcy Court and a copy of same was sent by first class mail, postage prepaid, to the following parties:

Rebecca A. Herr
Chapter 13 Trustee
185 Admiral Cochrane Dr., Ste. 240
Annapolis, MD 21401-7623

Dunlap Bennett & Ludwig PLLC
211 Church Street SE
Leesburg, VA 20175

_____
Barbara Ann Kelly, *pro se*