**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
Greenbelt Division

| | |
|---|---|
| IN RE:<br>BARABRA ANN KELLY<br>    Debtor<br>_____<br>U.S. BANK NA, SUCCESSOR TRUSTEE TO BANK OF AMERICA, NA, SUCCESSOR IN INTEREST TO LASALLE BANK NA, AS TRUSTEE, ON BEHALF OF THE HOLDERS OF THE WAMU MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-OA4, SERVICED BY SELECT PORTFOLIO SERVICING, INC., Movant.<br>v.<br>BARBARA ANN KELLY, Debtor/Respondent<br>and<br>GREGORY B. MYERS, Co-Debtor/Co-Respondent,<br>and<br>REBECCA A. HERR, Trustee/Respondent. | Case No. 23-12700-MCR<br><br>Chapter 13 |

**EXHIBIT LIST FOR AUGUST 1, 2023 HEARING ON U.S. BANK, N.A., AS TRUSTEE'S MOTION FOR RELIEF FROM STAY**

| Exhibit | Description |
|---|---|
| 1. | Note |
| 2. | Deed of Trust |
| 3. | Assignment of Deed of Trust |
| 4. | Supplemental Affidavit of Debt |
| 5. | SDAT tax assessment |
| 6. | 6/29/17 Consent Order Modifying Stay in U.S. Bk. Md. 15-26033 |
| 7. | Circuit Court, Montgomery County Maryland Case No. 48746 V (Foreclosure Litigation) - Docket, Motion to Stay, Order Denying Motion to Stay, Motion for Reconsideration, Order Denying Motion for Reconsideration. (*Certified copies produced to Court*) |
| 8. | Circuit Court, Montgomery County Maryland Case No. 401247 V (Chase Litigation) - Docket, MSJ and Order (*Certified copies produced to Court*) |
| 9. | Broker Price Opinion |
| 10. | SPS Power of Attorney for Trust |

Dated: <u>August 3, 2023</u>    Respectfully submitted,

                                        **ECKERT SEAMANS CHERIN & MELLOTT, LLC**

By:   */s/ Daniel A. Glass*
     Daniel A. Glass, #28730
     1717 Pennsylvania Avenue, NW, Suite 1200
     Washington, DC 20006
     (202) 659-6651 (telephone)
     (202) 659-6699 (facsimile)
     *dglass@eckertseamans.com*
     Co-Counsel for Creditor

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 3rd day of August 2023, I reviewed the Court's CM/ECF system and it reports that an electronic copy of the foregoing Opposition, will be served electronically by the Court's CM/ECF system on all counsel of record. I hereby further certify that on this 3rd day of August, 2023, a copy of the foregoing was also mailed first class mail, postage prepaid, to:

Barbara Ann Kelly
4505 Wetherill Road
Bethesda, MD 20816

Gregory B. Myers
700 Gulf Shore Blvd. N.
Naples, FL 34102

                                                                 */s/ Daniel A. Glass*
                                                               Daniel A. Glass, Esq.